# ALAN M. NELSON
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

November 7, 2019

BY ECF & U.S. MAIL
Hon. John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: United States v. Fernando Aybar and Malik Mayeemul
    Criminal Docket No. 15-Cr 8 (JGK)

Dear Judge Koeltl:

   Please accept this correspondence as a request to modify the conditions of Mr. Mayeemul conditions of release.

   The Court previously granted Mr. Mayeemul's request to travel to Bangladesh between November 15, 2019 and December 10, 2019.

   To facilitate his so doing he must acquire a U.S. Passport. His present bail conditions contain as a condition that he not apply for a passport. It is requested that the condition be modified to permit him to apply for a U.S. Passport and upon his return to the United States surrender the passport to Pre-trial Services.

   We have discussed this request with the defendant's Pre-trial Services Officer Mohammed Ahmed, and he consents, indeed recommended this modification.

            Respectfully submitted,

            Alan Nelson

cc: AUSA Nicholas Chiuchiolo (ECF)
   Malik Mayeemul (electronic mail)

SO ORDERED: /s/ John G. Koeltl
HON. JOHN G. KOELTL, U.S.D.J.
11/12/19

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11-12-19