# ALAN M. NELSON
### ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

April 13, 2020

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

        Re: United States v. Aybar, et al
         Client: Malil Mayeemul
         15 Cr. 0008 (JGK)

Dear Judge Koeltl:

    Please accept this correspondence as a request to be relieved from the representation and the appointment of new CJA counsel for Malik Mayeemul.

    In late December, 2019, I applied to become the new CJA Case Budgeting Attorney for the Court of Appeals for the Second Circuit. I am pleased to advise the Court that on April 6, 2020 I was offered and have accepted that position. I shall commence my employment on May 4, 2020 in that capacity.

    In this capacity I shall not be able to further represent my CJA clients as counsel to effectively perform my duties and responsibilities while avoiding any potential conflict of interest.

    Accordingly, it is respectfully requested that I be relieved and CJA counsel be appointed as replacement counsel pursuant to the Criminal Justice Act for Mr. Mayeemul.

        Respectfully submitted,

        Alan Nelson

cc: All counsel (electronic mail)
    Malik Mayeemul (U.S. Mail)

SO ORDERED:  /s/ John G. Koeltl      New York, NY
              HON. JOHN G. KOELTL,U.S.D.J  April 13, 2020