UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

MALIK MAYEEMUL,
                   Defendant.
-----------------------------------------------------X

15 cr 008-02 (JGK)

**CJA ORDER**

     It is hereby ordered that the attorney assigned to accept cases on this day,

Deborah A. Colson, Esq., be appointed as counsel for the above-named defendant, for all

purposes.


**SO ORDERED.**

Dated: New York, New York
      April 14, 2020

                                _____/s/ John G. Koeltl_____
                                       **JOHN G. KOELTL**
                          **UNITED STATES DISTRICT JUDGE**