# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

_____

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

_____

(212) 608-0808
TELECOPIER (212) 962-9696

July 23, 2020

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Application granted.
SO ORDERED.

New York, NY
July 24, 2020

/s/ John G. Koeltl
John G. Koeltl
U.S.D.J.

Re: **United States v. Aybar**
**15 CR 8 (JGK)**

Dear Judge Koeltl:

With the consent of the government by AUSA Nicholas Chiuchiolo and Pre-trial Services Officer Alvarado (Miami) we write to request permission for Mr. Aybar to add an additional 2 days to his work schedule as a security guard (keeping patrons socially distant) which would mean he would be working from Wednesday to Sunday each week.

Mr. Aybar will report the details of his work assignment to Mr. Alvarado.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman