UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                              15 cr 8-02 (JGK)

**ORDER**

MALIK MAYEEMUL,
               Defendant.
-----------------------------------------------------------------X

The Probation Department has advised the Court that it will have a supplemental presentence report for Defendant Malik Mayeemul by Friday, December 11, 2020.

The defendant, Malik Mayeemul may make any supplemental submissions by **December 14, 2020.** The Government shall make its submissions by **December 16, 2020.**

Sentencing for the defendant Malik Mayeemul will commence on **Tuesday, December 22, 2020, at 11:30pm.**

**SO ORDERED.**

JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 9, 2020