UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-                                        15 cr 8-02 (JGK)

                                                                       **ORDER**
MALIK MAYEEMUL,                                                  **(AMENDED)**
                            Defendant.
-----------------------------------------------------------X

The Probation Department has advised the Court that it will have a supplemental presentence report for Defendant Malik Mayeemul by Friday, December 11, 2020.

The defendant, Malik Mayeemul may make any supplemental submissions by **December 14, 2020.** The Government shall make its submissions by **December 16, 2020.**

Sentencing for the defendant Malik Mayeemul will commence on **Tuesday, December 22, 2020, at 11:30am.**

**SO ORDERED.**

                                                                      **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 9, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _12-10-20_