

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

December 24, 2020

By ECF

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Application granted. SO ORDERED.

New York, New York   /s/ John G. Koeltl
December 28, 2020    John G. Koeltl, U.S.D.J.
```

    Re:    *United States v. Malik Mayeemul, 15 Cr. 8 (JGL)*

Dear Judge Koeltl:

    On December 22, 2020 this Court sentenced Mr. Malik to a three-year term of supervised release. Now that he has been sentenced, I write to respectfully request that the Court order Pretrial Services to return his passport, which was surrendered as a condition of his bond.

    Thank you for your consideration.

                        Respectfully submitted,

                        /s/

                        Deborah Colson
                        917-543-6490