UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MALIK MAYEEMUL,

                Defendant.

15-cr-8 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    By September 14, 2022, the Government should respond to the defendant's motion for an early termination of supervised release.

SO ORDERED.
Dated:    New York, New York
            September 6, 2022

                                      John G. Koeltl
                            United States District Judge