UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

MALIK MAYEEMUL,

                Defendant.

15-cr-8(JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Based on the conduct of the defendant and in the interests of justice, the defendant's application for a termination of supervised release is hereby **granted**. The defendant's term of supervised release is terminated.

SO ORDERED.

Dated:    New York, New York
            September 19, 2022

                                          John G. Koeltl
                                  United States District Judge